# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**<br><br>v.<br><br>$750,000.00 FUNDS SEIZED FROM ROSEMONT I, AND ROSEMONT I CORPORATION et al.,<br><br>F). $2,115,757.25 Funds Seized from Actimarket Financial Services, Corp., dba under Rosemont O Corporation, CIBC Account # XXXXX1359.<br><br>J). $449,962.50 Funds Seized from Actimarket Financial Services Corp., dba under Rosemont O Corporation, CIBC Account # XXXXX1359.<br><br>W). $72,602.50 Funds Seized from CIBC Account #XXXXX1359 under the name of Actimarket Financial Services, is a fictitious dba under Rosemont O Corporation,<br><br>**Defendants.** | CIVIL NO. 09-1549 (ADC-BJM) |

## FINAL ORDER OF FORFEITURE

WHEREAS, the Parties, Plaintiff the United of America, by and through its undersigned attorneys, Rosa Emilia Rodríguez-Vélez, United States Attorney for the District of Puerto Rico, and Teresa S. Zapata Valladares, Assistant United states Attorney, Asset Forfeiture and Money Laundering Unit, and Claimant, Actimarket Financial Services, ("Actimarket") through its Attorney Howard B. Brownstein of Brownstein Booth & Associates, reached a Settlement Agreement, whereby the claim of Actimarket Financial Services will be settled and final resolution of this case be achieved;

WHEREAS, the Parties agreed that the Actimarket property consists of the United States currency in the amount of:

Defendant Property (F), $2,115,757.25 Funds Seized From Actimarket Financial Services, Corp.; Defendant Property (J), $449,962.50 Funds Seized From Actimarket Financial Services Corp.; and Defendant Property (W), $72,602.50 Funds Seized From Account of Actimarket Financial Services.

WHEREAS, the Parties agreed that in full and final settlement of all claims in the forfeiture action *in rem*, relating to the Actimarket Property, Claimant, Actimarket, through its Attorney, Howard B. Brownstein of Brownstein Booth & Associates, consents to the forfeiture of $255,000.00 of the Defendant Property (F), which amount of $255,000.00 shall be forfeited to the United States under applicable law and regulations, and will take no further action to oppose the forfeiture of the same;

WHEREAS, the United States agreed to return to Claimant, Actimarket, the remainder of the amount of the Defendant Property (F), that is, $1,860,757.25 in United States currency, plus interest accrued;

WHEREAS, the United States shall also return to Claimant, Actimarket, the Defendant Property (J) in the amount of $449,962.50 in United States currency, plus interest accrued; and Defendant Property (W) $72,602.50 in United States currency, plus interest accrued,

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That all right, title, and interest in Actimarket Property in the amount of $255,000.000 in United States currency, is hereby forfeited, and vested in the United States of America and shall be disposed of according to the Settlement Agreement reached by the Parties.

2. That the United States Drug Enforcement Administration (DEA) and/or the United States Marshals Service return to Claimant, Actimarket Financial Services, through its Attorney Howard B. Brownstein of Brownstein Booth &

Associates the remainder of the amount of the Defendant Property (F), that is, $1,860,757.25 in United States currency, plus interest accrued; the remainder of the amount of the Defendant Property (J) $449,962.50 in United States currency, plus interest accrued, and the remainder of the amount of the Defendant Property (W) $72,602.50 in United States currency, plus interest accrued.

3. That the Final Order of Forfeiture is hereby entered, forfeiting $255,000.00 in United States currency to the United States of America according to the Parties' Settlement Agreement which is firm, final and unappealable.

The Clerk is hereby directed to send copies of this Final Order of Forfeiture to all counsels of record and to the United States Drug Enforcement Administration, and the United States Marshals Service.

**IT IS ORDERED.**

In San Juan, Puerto Rico, this 15th day of October, 2010.

AIDA M. DELGADO-COLON
UNITED STATES DISTRICT JUDGE