# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

*See instructions for "Service of Process by U.S. Marshal"*

RECEIVED AND FILED
2010 OCT 29  PM 3:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 09-1549 (ADC) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $750,000.00 in US seized from Rosemont I, and Rosemont I Corporation et al, | Final Order of Forfeiture/Settlement |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Marshals
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Teresa Zapata, Assistant United States Attorney
Chardón Tower, Suite 1201, 350 Carlos E. Chardón Street
San Juan, Puerto Rico 00918 - Telephone: 787-766-5656
Telecopier: 787-766-5398  Legal Aide  M. Ruz - 787-282-1879

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

please see attach final order:
09-DEA-514616  $2,115,757.25 - US shall forfeit $255,000.00 in US Currency, and amount of $1,860,757.25 to be return
09-DEA-514508  $449,962.50
09-DEA-514613  $72,602.50

| Signature of Attorney other Originator requesting service on behalf of: | [X] PLAINTIFF [ ] DEFENDANT | TELEPHONE NUMBER 787-766-5656 | DATE 10/21/2010 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 69 | District to Serve No. 69 | Signature of Authorized USMS Deputy or Clerk | Date 10/22/2010 |
|---|---|---|---|---|---|

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* Myrna Cabello | [X] A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

Address *(complete only different than shown above)*

| Date 25/04/10 | Time 3.10 PM [X] pm |
|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:
02-DEA-403635

| PRIOR EDITIONS MAY BE USED | **PRINT 5 COPIES:** | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285<br>Rev. 12/15/80<br>Automated 01/00 |
|---|---|---|---|

JDIS
AFO [X]  IN [X]
CIV [ ]  OUT [X]
Item: 04