IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff<br>v.<br>$26,891,914.77 SEIZED AS FOLLOWS:<br><br>E) $3,017,483.33 Funds Seized From Metropolitan Financial Group, Inc. *Metropolitan Financial Group, Inc., dba Under Rosemont A Corporation*, CIBC Account # XXX12<br><br>I) $6,772,933.86 Funds Seized from Metropolitan Financial Group, Inc., *dba Under Rosemont A Corporation, CIBC Account # XXXXX1113*<br><br>        Defendants. | CIVIL NO.   09-1549 (ADC-BJM) |

## FINAL ORDER OF FORFEITURE

**WHEREAS**, the Parties, Plaintiff the United of America, by and through its undersigned attorneys, Rosa Emilia Rodríguez-Vélez, United States Attorney for the District of Puerto Rico, and Teresa S. Zapata Valladares, Assistant United States Attorney, Asset Forfeiture and Money Laundering Unit, and Claimant, Metropolitan Financial Group, Inc. ("Metropolitan"), through its attorneys, Chadbourne & Parke LLP, reached a Settlement Agreement, whereby the claim of Metropolitan Financial Group, Inc., will be settled and final resolution of this case will be achieved;

**WHEREAS**, the Parties agreed that the property claimed by Metropolitan (the "Metropolitan Property") consists of United States currency in the amount of:

        E) $3,017,483.33 Funds Seized From Metropolitan Financial Group, Inc.,
and
        I) $6,772,933.86 Funds Seized From Metropolitan Financial Group, Inc.

CIVIL NO. 09-1549 (ADC) (BJM)                                                                 2

**WHEREAS**, the Parties agreed that in full and final settlement of all claims in the forfeiture action *in rem*, relating to the Metropolitan Property, Metropolitan, through its attorneys, Chadbourne & Parke LLP, consents to the forfeiture of $250,000.00 of the Metropolitan Property (E), which amount of $250,000.00 shall be deemed forfeited to the United States under applicable law and regulations;

**WHEREAS**, the United States shall return to Metropolitan the remainder of the amount of the Metropolitan Property (E), that is, $2,767,483.33 in United States currency, plus interest accrued, since the date of the seizure on the total of the $3,017,483.33;

**WHEREAS**, the United States shall also return to Metropolitan the total amount of the Metropolitan Property (I) that is, $6,772,933.86 in United States currency, plus interest accrued, since the date of the seizure on the total of the $6,772,933.86 seized;

**It is HEREBY ORDERED, ADJUDGED and DECREED**:

1. That all right, title, and interest in the Metropolitan Property (E) in the amount of $250,000.00 in United States currency, is hereby forfeited, pursuant to Title 18, United States Code, Section 1960, and Title 18, United States Code, Section 981(a)(1)(A), and vested in the United States of America and shall be disposed of according to the Settlement Agreement reached by the parties.

2. Within twenty (20) working days of the entry of this Final Order of Forfeiture the United States Drug Enforcement Administration (DEA) and/or the United States Marshals Service shall return to Metropolitan, through its attorneys, Chadbourne & Parke LLP, the remainder of the Metropolitan Property (E), in the amount of $2,767,483.33 in United States currency, plus interest accrued, since the date of the seizure on the total of the $3,017,483.33 seized, and shall return the

CIVIL NO. 09-1549 (ADC) (BJM)                                                                                                  3

        total amount of the Metropolitan Property (I), that is, $6,772,933.86 in United States currency, plus interest accrued, since the date of the seizure on the total of the $6,772,933.86 seized.

3. That the Final Order of Forfeiture is hereby entered, forfeiting $250,000.00 in United States currency to the United States of America according to the Parties' Settlement Agreement which is firm, final and unappealable.

The Clerk is hereby directed to send copies of this Final Order of Forfeiture to all counsels of record and to the United States Drug Enforcement Administration, and the United States Marshals Service.

**IT IS ORDERED.**

In San Juan, Puerto Rico, this _2nd_ day of _November_, 2010.

                                                  AIDA M. DELGADO-COLON
                                                UNITED STATES DISTRICT JUDGE