**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>CV-09-1549 (ADC) |
| DEFENDANT<br>$750,000.00 Funds seized from Rosemont/I and Rosemont I Corporation et al. | TYPE OF PROCESS<br>Partial Judgment |

RECEIVED & FILED
2010 NOV 30 PM 4:40
NOV 17 12:03 PM '10
DISTRICT COURT
SAN JUAN, PR

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Marshals

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Teresa Zapata, Assistant United States Attorney<br>Chardón Tower, Suite 1201, 350 Carlos E. Chardón Street<br>San Juan, Puerto Rico 00918 - Telephone: 787-766-5656<br>Telecopier: 787-766-6219  Legal Aide M. Ruz - 787-282-1879 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                                               Fold

Property E (09-DEA-514471) $ 3,017,483.33 in US Currency.. United States shall forfeit the amount $250,000.00 and shall return to claimant the amount of $2,767,483.33 plus interest accrued since the date of the seizure $ 3,017,483.33 seized. Property I (09-DEA-514468) in the amount of $6,772,933.86 in US Currency plus interest accrued since the date of the seizure on the total amount shall be returned to claimant.

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER 787-766-5656   DATE 11/11/2010

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 69 | District to Serve<br>No. 69 | Signature of Authorized USMS Deputy or Clerk | Date<br>11/17/2010 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*  JO GO Diaz Serrano Supervisor - Deputy

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date 22/11/10   Time 3:45 ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:
04-DEA-433354

PRIOR EDITIONS MAY BE USED

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

JDIS
AFO ☒  IN ☒
CIV ☐  OUT ☒
Item: 7374

FORM USM-285
Rev. 12/15/80
Automated 01/00

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>vs.<br><br>$750,000.00 Funds Seized from Rosemont I, and Rosemont I Corporation, et al.,<br><br>Defendants(s) | CV. 09-1549 (ADC) |

### PARTIAL JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued a Final Order of Forfeiture and for Entry of Partial Judgment on November 2, 2010.

Therefore, pursuant to the Court's Order, Partial Judgment is hereby entered accordingly.

Pursuant to the Final Order of Forfeiture, the United States Drug Enforcement Administration (DEA) and/or the United States Marshals Services shall return to Metropolitan the following amounts:

E) The Metropolitan Property in the amount of $2,767,483.33 in United States currency, plus interest accrued, since the date of the seizure on the total amount of $3,017,483.33 seized.

I) The Metropolitan Property in the amount of $6,772,933.33 seized.

Metropolitan through its attorneys, Chadbourne & Parke LLP consent to the forfeiture of $250,000 of the Metropolitan Property (E), which amount of $250,000 shall be deemed forfeited to the Untied States under applicable law and regulations.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 5th day of November, 2010.

FRANCES RIOS DE MORAN
Clerk of the Court

By: s/Sarah V. Ramón
Sarah V. Ramón, Deputy Clerk