## Sanchez, Frank O. (Assoc-Mia-LT)

| | |
|---|---|
| From: | Cuza, Jesús E. (Shld-FTL-LT) |
| Sent: | Thursday, May 13, 2010 12:35 PM |
| To: | 'miguel.fernandez@usdoj.gov'; 'victor.a.rodriguez@usdoj.gov' |
| Cc: | Sanchez, Frank O. (Assoc-Mia-LT) |

Dear Miguel and Victor:

Subject to the following, I can confirm that Megaval is willing to enter into the 250K settlement proposed by the Government yesterday:

1. Megaval receives all of the monies seized (other than the 250K) within the next 21 days. Should Megaval not be released the moneys within the time agreed upon, Megaval shall be entitled to collect from the 250K it is willing to give up 50K per each week of delay.

2. Should any of the other defendants negotiate a better % with the Government (e.g., any one of them recovers a higher % of the amounts seized by the Gov than the % Megaval will be recovering), Megaval will then be entitled to settle for at least the "better %" negotiated by any of the other defendants.

3. The settlement documents will contain language that protects the goodwill of Megaval and does not imply that Megaval infringed any law.

Finally, Sevilla's funds will be returned in full within the next 21 days.

There are other minor matters that I need to discuss with you prior to in fact agreeing to a settlement; however, I am certain that these will not be an obstacle to concluding the settlement.

When can you discuss this? Afterwards, I will need an email or letter from you confirming that we are on the same page and that we have a final agreement.

It was a pleasure meeting with you both yesterday.

Thx

Jesus
Sent from my Blackberry

1


EXHIBIT A