**Sanchez, Frank O. (Assoc-Mia-LT)**

**From:** Zapata, Teresa S. (USAPR) [Teresa.S.Zapata@usdoj.gov]
**Sent:** Thursday, October 14, 2010 10:41 AM
**To:** Sanchez, Frank O. (Assoc-Mia-LT)
**Cc:** Cuza, Jesús E. (Shld-FTL-LT)
**Subject:** Re: settlement

Hi, I'm out of the office until Monday. I'll get in touch with you then.

**From:** sanchezfo@gtlaw.com [mailto:sanchezfo@gtlaw.com]
**Sent:** Thursday, October 14, 2010 10:40 AM
**To:** Zapata, Teresa S. (USAPR)
**Cc:** cuzaj@gtlaw.com <cuzaj@gtlaw.com>
**Subject:** RE: settlement

Hello Teresa,

I have been trying to reach you by telephone during the past few days, but there is no answer at the US Attorney's office in Puerto Rico, nor is there any recording for one to leave a message or dial an extension. Please contact me directly at the number below to discuss this matter. Thank you.

Regards,

Francisco O. Sanchez
Greenberg Traurig, P.A. | 1221 Brickell Avenue | Miami, FL 33131
Tel 305.579.0610 | Fax 305.579.0717
sanchezfo@gtlaw.com | www.gtlaw.com

**GT GreenbergTraurig**

ALBANY · AMSTERDAM · ATLANTA · AUSTIN · BOSTON · CHICAGO · DALLAS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS VEGAS ·
LONDON* · LOS ANGELES · MIAMI · NEW JERSEY · NEW YORK · ORANGE COUNTY · ORLANDO · PALM BEACH COUNTY · PHILADELPHIA · PHOENIX ·
SACRAMENTO · SAN FRANCISCO · SHANGHAI · SILICON VALLEY · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON, D.C. · WHITE PLAINS
*OPERATES AS GREENBERG TRAURIG MAHER LLP

**From:** Zapata, Teresa S. (USAPR) [mailto:Teresa.S.Zapata@usdoj.gov]
**Sent:** Wednesday, October 06, 2010 4:13 PM
**To:** Cuza, Jesús E. (Shld-FTL-LT)
**Cc:** Sanchez, Frank O. (Assoc-Mia-LT)
**Subject:** RE: settlement

Frank, please find attached the settlement agreement and final order of forfeiture for Megaval. Please let me know if there are any edits you'd like to make before we file.

**From:** cuzaj@gtlaw.com [mailto:cuzaj@gtlaw.com]
**Sent:** Wednesday, October 06, 2010 10:56 AM
**To:** Zapata, Teresa S. (USAPR)
**Cc:** sanchezfo@gtlaw.com


EXHIBIT
D

11/24/2010

**Subject:** RE: settlement

Teresa, I am preparing for trial and we have a number of outstanding issues, as the motion that we filed states. I cannot address this matter now, but Frank Sanchez will be available to speak to you at the right time. My trial should be over in 2 to 3 weeks. At that time we can further discuss this matter if the matter is not resolved by then.

Kind regards,

Jesus

---

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

---

**From:** Zapata, Teresa S. (USAPR) [mailto:Teresa.S.Zapata@usdoj.gov]
**Sent:** Wednesday, October 06, 2010 10:52 AM
**To:** Cuza, Jesús E. (Shld-FTL-LT)
**Subject:** settlement

Dear Counsel,

I have been assigned to the handling of this matter after AUSA Fernandez's retirement. I have just received word that the settlement has been approved by AFMLS. As soon as I get the approval memo from them, we will proceed to file the pertinent motions with the Court.

Cordially,

Teresa S. Zapata Valladares

11/24/2010

### Sanchez, Frank O. (Assoc-Mia-LT)

**From:** Zapata, Teresa S. (USAPR) [Teresa.S.Zapata@usdoj.gov]
**Sent:** Monday, October 25, 2010 10:04 AM
**To:** Sanchez, Frank O. (Assoc-Mia-LT)
**Cc:** Cuza, Jesús E. (Shld-FTL-LT)
**Subject:** RE: settlement

Hello Frank,

Can you please call me on my cell, 787-379-0254. I'll be in and out of court all day, but will do my best to speak with you today.

Regards,

Teresa

**From:** sanchezfo@gtlaw.com [mailto:sanchezfo@gtlaw.com]
**Sent:** Thursday, October 14, 2010 10:40 AM
**To:** Zapata, Teresa S. (USAPR)
**Cc:** cuzaj@gtlaw.com
**Subject:** RE: settlement

Hello Teresa,

I have been trying to reach you by telephone during the past few days, but there is no answer at the US Attorney's office in Puerto Rico, nor is there any recording for one to leave a message or dial an extension. Please contact me directly at the number below to discuss this matter. Thank you.

Regards,

Francisco O. Sanchez
Greenberg Traurig, P.A. | 1221 Brickell Avenue | Miami, FL 33131
Tel 305.579.0610 | Fax 305.579.0717
sanchezfo@gtlaw.com | www.gtlaw.com



ALBANY · AMSTERDAM · ATLANTA · AUSTIN · BOSTON · CHICAGO · DALLAS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS VEGAS · LONDON* · LOS ANGELES · MIAMI · NEW JERSEY · NEW YORK · ORANGE COUNTY · ORLANDO · PALM BEACH COUNTY · PHILADELPHIA · PHOENIX · SACRAMENTO · SAN FRANCISCO · SHANGHAI · SILICON VALLEY · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON, D.C. · WHITE PLAINS
*OPERATES AS GREENBERG TRAURIG MAHER LLP

**From:** Zapata, Teresa S. (USAPR) [mailto:Teresa.S.Zapata@usdoj.gov]
**Sent:** Wednesday, October 06, 2010 4:13 PM

**To:** Cuza, Jesús E. (Shld-FTL-LT)
**Cc:** Sanchez, Frank O. (Assoc-Mia-LT)
**Subject:** RE: settlement

Frank, please find attached the settlement agreement and final order of forfeiture for Megaval. Please let me know if there are any edits you'd like to make before we file.

**From:** cuzaj@gtlaw.com [mailto:cuzaj@gtlaw.com]
**Sent:** Wednesday, October 06, 2010 10:56 AM
**To:** Zapata, Teresa S. (USAPR)
**Cc:** sanchezfo@gtlaw.com
**Subject:** RE: settlement

Teresa, I am preparing for trial and we have a number of outstanding issues, as the motion that we filed states. I cannot address this matter now, but Frank Sanchez will be available to speak to you at the right time. My trial should be over in 2 to 3 weeks. At that time we can further discuss this matter if the matter is not resolved by then.

Kind regards,

Jesus

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.
The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

**From:** Zapata, Teresa S. (USAPR) [mailto:Teresa.S.Zapata@usdoj.gov]
**Sent:** Wednesday, October 06, 2010 10:52 AM
**To:** Cuza, Jesús E. (Shld-FTL-LT)
**Subject:** settlement

Dear Counsel,

I have been assigned to the handling of this matter after AUSA Fernandez's retirement. I have just received word that the settlement has been approved by AFMLS. As soon as I get the approval memo from them, we will proceed to file the pertinent motions with the Court.

Cordially,

Teresa S. Zapata Valladares

11/24/2010

## Sanchez, Frank O. (Assoc-Mia-LT)

**From:** Cuza, Jesús E. (Shld-FTL-LT)
**Sent:** Monday, November 01, 2010 3:44 PM
**To:** Zapata, Teresa S. (USAPR); Sanchez, Frank O. (Assoc-Mia-LT)
**Subject:** RE: Megaval Enterprises Ltd.

Thank you Teresa.

Frank, please patch me in.

Jesus

---

**From:** Zapata, Teresa S. (USAPR) [mailto:Teresa.S.Zapata@usdoj.gov]
**Sent:** Monday, November 01, 2010 3:43 PM
**To:** Sanchez, Frank O. (Assoc-Mia-LT)
**Cc:** Cuza, Jesús E. (Shld-FTL-LT)
**Subject:** RE: Megaval Enterprises Ltd.

Can you please call me to 787-772-4058? I just walked into my office.

---

**From:** sanchezfo@gtlaw.com [mailto:sanchezfo@gtlaw.com]
**Sent:** Monday, November 01, 2010 3:38 PM
**To:** Zapata, Teresa S. (USAPR)
**Cc:** cuzaj@gtlaw.com
**Subject:** FW: Megaval Enterprises Ltd.

Hello Teresa:

We have received no response to the e-mails we sent last Wednesday and Friday (see below) to discuss the status of this proceeding as it relates to Megaval. Our client cannot wait any longer. If we cannot resolve this by Wednesday of this week, we will have no choice but to move the Court for an Order. Hopefully, we will hear from you prior to then.

Regards,

Francisco O. Sanchez
Greenberg Traurig, P.A. | 333 Avenue of the Americas | Miami, FL 33131
Tel 305.579.0610 | Fax 305.579.0717
sanchezfo@gtlaw.com | www.gtlaw.com

ALBANY · AMSTERDAM · ATLANTA · AUSTIN · BOSTON · CHICAGO · DALLAS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS VEGAS · LONDON* · LOS ANGELES · MIAMI · NEW JERSEY · NEW YORK · ORANGE COUNTY · ORLANDO · PALM BEACH COUNTY · PHILADELPHIA · PHOENIX · SACRAMENTO · SAN FRANCISCO · SHANGHAI · SILICON VALLEY · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON, D.C. · WHITE PLAINS
*OPERATES AS GREENBERG TRAURIG MAHER LLP

11/24/2010

**From:** Sanchez, Frank O. (Assoc-Mia-LT)
**Sent:** Friday, October 29, 2010 10:01 AM
**To:** 'Zapata, Teresa S. (USAPR)'
**Cc:** Cuza, Jesús E. (Shld-FTL-LT)
**Subject:** FW: Megaval Enterprises Ltd.

Good morning:

Following up on my e-mail below, please let us know your availability for a conference call to discuss the above-referenced matter. Thank you.

Regards,

Francisco O. Sanchez
Greenberg Traurig, P.A. | 1221 Brickell Avenue | Miami, FL 33131
Tel 305.579.0610 | Fax 305.579.0717
sanchezfo@gtlaw.com | www.gtlaw.com



ALBANY · AMSTERDAM · ATLANTA · AUSTIN · BOSTON · CHICAGO · DALLAS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS VEGAS · LONDON* · LOS ANGELES · MIAMI · NEW JERSEY · NEW YORK · ORANGE COUNTY · ORLANDO · PALM BEACH COUNTY · PHILADELPHIA · PHOENIX · SACRAMENTO · SAN FRANCISCO · SHANGHAI · SILICON VALLEY · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON, D.C. · WHITE PLAINS
*OPERATES AS GREENBERG TRAURIG MAHER LLP

---

**From:** Sanchez, Frank O. (Assoc-Mia-LT)
**Sent:** Wednesday, October 27, 2010 12:02 PM
**To:** 'Zapata, Teresa S. (USAPR)'
**Cc:** Cuza, Jesús E. (Shld-FTL-LT)
**Subject:** Megaval Enterprises Ltd.

Hello Teresa:

Now that Jesus has finished his trial, we would like to set up a call with you sometime tomorrow afternoon to continue the discussion that you and I had on Monday regarding the above-referenced matter. Please let me know your availability. Thank you.

Regards,

Francisco O. Sanchez
Greenberg Traurig, P.A. | 1221 Brickell Avenue | Miami, FL 33131
Tel 305.579.0610 | Fax 305.579.0717
sanchezfo@gtlaw.com | www.gtlaw.com

11/24/2010

ALBANY · AMSTERDAM · ATLANTA · AUSTIN · BOSTON · CHICAGO · DALLAS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS VEGAS ·
LONDON* · LOS ANGELES · MIAMI · NEW JERSEY · NEW YORK · ORANGE COUNTY · ORLANDO · PALM BEACH COUNTY · PHILADELPHIA · PHOENIX ·
SACRAMENTO · SAN FRANCISCO · SHANGHAI · SILICON VALLEY · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON, D.C. · WHITE PLAINS
*OPERATES AS GREENBERG TRAURIG MAHER LLP

---

**From:** Zapata, Teresa S. (USAPR) [mailto:Teresa.S.Zapata@usdoj.gov]
**Sent:** Monday, October 25, 2010 10:04 AM
**To:** Sanchez, Frank O. (Assoc-Mia-LT)
**Cc:** Cuza, Jesús E. (Shld-FTL-LT)
**Subject:** RE: settlement

Hello Frank,

Can you please call me on my cell, 787-379-0254. I'll be in and out of court all day, but will do my best to speak with you today.

Regards,

Teresa

**From:** sanchezfo@gtlaw.com [mailto:sanchezfo@gtlaw.com]
**Sent:** Thursday, October 14, 2010 10:40 AM
**To:** Zapata, Teresa S. (USAPR)
**Cc:** cuzaj@gtlaw.com
**Subject:** RE: settlement

Hello Teresa,

I have been trying to reach you by telephone during the past few days, but there is no answer at the US Attorney's office in Puerto Rico, nor is there any recording for one to leave a message or dial an extension. Please contact me directly at the number below to discuss this matter. Thank you.

Regards,

Francisco O. Sanchez
Greenberg Traurig, P.A. | 1221 Brickell Avenue | Miami, FL 33131
Tel 305.579.0610 | Fax 305.579.0717
sanchezfo@gtlaw.com | www.gtlaw.com

11/24/2010

ALBANY · AMSTERDAM · ATLANTA · AUSTIN · BOSTON · CHICAGO · DALLAS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS VEGAS ·
LONDON* · LOS ANGELES · MIAMI · NEW JERSEY · NEW YORK · ORANGE COUNTY · ORLANDO · PALM BEACH COUNTY · PHILADELPHIA · PHOENIX ·
SACRAMENTO · SAN FRANCISCO · SHANGHAI · SILICON VALLEY · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON, D.C. · WHITE PLAINS
*OPERATES AS GREENBERG TRAURIG MAHER LLP

---

**From:** Zapata, Teresa S. (USAPR) [mailto:Teresa.S.Zapata@usdoj.gov]
**Sent:** Wednesday, October 06, 2010 4:13 PM
**To:** Cuza, Jesús E. (Shld-FTL-LT)
**Cc:** Sanchez, Frank O. (Assoc-Mia-LT)
**Subject:** RE: settlement

Frank, please find attached the settlement agreement and final order of forfeiture for Megaval. Please let me know if there are any edits you'd like to make before we file.

---

**From:** cuzaj@gtlaw.com [mailto:cuzaj@gtlaw.com]
**Sent:** Wednesday, October 06, 2010 10:56 AM
**To:** Zapata, Teresa S. (USAPR)
**Cc:** sanchezfo@gtlaw.com
**Subject:** RE: settlement

Teresa, I am preparing for trial and we have a number of outstanding issues, as the motion that we filed states. I cannot address this matter now, but Frank Sanchez will be available to speak to you at the right time. My trial should be over in 2 to 3 weeks. At that time we can further discuss this matter if the matter is not resolved by then.

Kind regards,

Jesus

---

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.
The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

---

**From:** Zapata, Teresa S. (USAPR) [mailto:Teresa.S.Zapata@usdoj.gov]
**Sent:** Wednesday, October 06, 2010 10:52 AM
**To:** Cuza, Jesús E. (Shld-FTL-LT)
**Subject:** settlement

Dear Counsel,

11/24/2010

I have been assigned to the handling of this matter after AUSA Fernandez's retirement. I have just received word that the settlement has been approved by AFMLS. As soon as I get the approval memo from them, we will proceed to file the pertinent motions with the Court.

Cordially,

Teresa S. Zapata Valladares

11/24/2010