## Sanchez, Frank O. (Assoc-Mia-LT)

**From:** Cuza, Jesús E. (Shld-FTL-LT)
**Sent:** Wednesday, November 03, 2010 4:23 PM
**To:** 'Teresa.S.Zapata@usdoj.gov'
**Cc:** Sanchez, Frank O. (Assoc-Mia-LT)
**Subject:** Re: Megaval

Ok. Thank you.
Sent from my Blackberry

---

**From:** Zapata, Teresa S. (USAPR) <Teresa.S.Zapata@usdoj.gov>
**To:** Cuza, Jesús E. (Shld-FTL-LT)
**Cc:** Sanchez, Frank O. (Assoc-Mia-LT)
**Sent:** Wed Nov 03 16:16:49 2010
**Subject:** Megaval

Jesus, I'm working with my supervisor trying to piece together emails and communications regarding the terms of the settlement. We spoke with Victor and are searching his email for any other communications that may shed some light on this issue. I'll call you on Friday to discuss.

Teresa


EXHIBIT
E

11/24/2010