### Sanchez, Frank O. (Assoc-Mia-LT)

**From:** Zapata, Teresa S. (USAPR) [Teresa.S.Zapata@usdoj.gov]
**Sent:** Wednesday, November 10, 2010 4:33 PM
**To:** Cuza, Jesús E. (Shld-FTL-LT)
**Cc:** Sanchez, Frank O. (Assoc-Mia-LT); Fernandez, Myriam Y. (USAPR)
**Subject:** RE:

Hello Jesus, I'm sorry, I've been absolutely swamped and will be until at least early next week with court matters. I'm copying my new supervisor AUSA Myriam Fernandez on this email and perhaps if you can't wait until next week to speak with me you can speak directly with her before then. I've already briefed her on the situation.

**From:** cuzaj@gtlaw.com [mailto:cuzaj@gtlaw.com]
**Sent:** Wednesday, November 10, 2010 12:56 PM
**To:** Zapata, Teresa S. (USAPR)
**Cc:** sanchezfo@gtlaw.com
**Subject:**

Good morning Teresa. Please let us know where the Government stands. I was under the impression from last week's conversation and your subsequent email that we were going to hear back from you again last Friday. Please call me as soon as possible.

Jesus

Jesús E. Cuza
Shareholder
Greenberg Traurig, P.A. | 401 East Las Olas Boulevard Suite 2000 | Fort Lauderdale, FL 33301
Tel 954.768.8241 | Fax 954.759.5541 | Cell 954-663-3096
cuzaj@gtlaw.com | www.gtlaw.com



USA LAW FIRM OF THE YEAR, CHAMBERS GLOBAL AWARDS 2007
ALBANY · AMSTERDAM · ATLANTA · AUSTIN · BOSTON · CHICAGO · DALLAS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS VEGAS · LONDON* ·
LOS ANGELES · MIAMI · NEW JERSEY · NEW YORK · ORANGE COUNTY · ORLANDO · PALM BEACH COUNTY · PHILADELPHIA · PHOENIX · SACRAMENTO · SAN
FRANCISCO · SHANGHAI · SILICON VALLEY · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON, D.C. · WHITE PLAINS
*OPERATES AS GREENBERG TRAURIG MAHER LLP
STRATEGIC ALLIANCES WITH INDEPENDENT LAW FIRMS
MILAN · ROME · ZURICH

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein. The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.



EXHIBIT
F

11/24/2010