## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>**Plaintiff** <br><br>v. <br><br>$750,000.00 FUNDS SEIZED FROM ROSEMONT I, AND ROSEMONT I CORPORATION et al., <br><br>D). $7,579.96 Funds Seized From Megaval Enterprises LTD dba Under Rosemont G. Corporation, <br><br>G). $3,299,340.32 Funds Seized From Megaval Enterprises LTD dba Under Rosemont G. <br><br>P). $95,542.50 Funds Seized From Megaval Enterprises LTD dba Under Rosemont G. Corporation, <br><br>S). $59,137.00 Funds Seized From Megaval Enterprises LTD dba Under Rosemont G. Corporation, <br><br>Y). $5,985.00 Funds Seized From Megaval Enterprises LTD., <br><br>CC). $14,769.23 Funds Seized From Megaval Enterprises LTD., <br><br>**Defendants.** | CIVIL NO. 09-1549 (ADC-BJM) |

## ORDER

Upon motion for voluntary dismissal and release of funds filed by the United States, and after having been duly advised of all the facts, and after due deliberation, this Court hereby dismissed this case and orders the United States Marshals Service to release the following properties:

> **Defendant Property D).** $7,579.96 Funds Seized From Megaval Enterprises LTD dba Under Rosemont G. Corporation,

**Defendant Property G).** $3,299,340.32 Funds Seized From Megaval Enterprises LTD dba Under Rosemont G. Corporation,

**Defendant Property P).** $95,542.50 Funds Seized From Megaval Enterprises LTD dba Under Rosemont G. Corporation,

**Defendant Property S).** $59,137.00 Funds Seized From Megaval Enterprises LTD dba Under Rosemont G. Corporation,

**Defendant Property Y).** $5,985.00 Funds Seized From Megaval Enterprises LTD,

**Defendant Property CC).** $14,769.23 Funds Seized From Megaval Enterprises LTD,

plus interest accrued, since the date of the seizure on the total amounts to Claimant, Megaval, through its Attorney Jesús E. Cuza of Greenberg Traurig, P.A., 401 East Las Olas Boulevard, Fort Lauderdale, Florida 33301, Tel. (954) 765-0500, Fax. (305) 579-0717, cuza@gtlaw.com.

**IT IS ORDERED.**

In San Juan, Puerto Rico, this 20th day of December, 2010.

AIDA M. DELGADO-COLON
UNITED STATES DISTRICT JUDGE