# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiff(s)

vs.

$750,000.00 Funds Seized from Rosemont I, and Rosemont I Corporation, et al.,

    Defendants(s)

CV. 09-1549 (ADC)

**PARTIAL JUDGMENT**

    The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued an Order for Entry of Partial Judgment on December 20, 2010.

    Therefore, pursuant to the Court's Order, Partial Judgment is hereby entered accordingly.

    The complaint is **HEREBY DISMISSED** as to the following:

- D)$7,579.96 Funds seized from Megaval Enterprises LTD d/b/a Under Rosemont G. Corporation.
- G $3,299,340.00 Funds seized from Megaval Enterprises LTD d/b/a Under RoseMont G. Corporation.
- P)$95,542.50 Funds seized from Megaval Enterprises LTD d/b/a Under Rosemont G. Corporation.
- S)$59,137.00 Funds seized from Megaval Enterprises LTD d/b/a Under Rosemont G. Corporation.
- Y)$5,985.00 Funds seized from Megaval Enterprises LTD.
- CC)$14,769.23 Funds seized from Megaval Enterprises LTD.

CV. 09-1959 (ADC)                                                                                          Page-2-

     The United States Marshals are to release the funds with interest accrued from the date of the seizure, to claimant, Megaval, through its attorney Jesús E. Cuza of Greenberg Trauring, P.A., 401 East Las Olas Boulevard, Fort Lauderdale, Florida 33301.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 21st day of December, 2010.

                              FRANCES RIOS DE MORAN
                              Clerk of the Court

                              By: s/Sarah V. Ramón
                              Sarah V. Ramón, Deputy Clerk