EL

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>CV-09-1549 (ADC) |
|---|---|
| DEFENDANT<br>$750,000.00 Funds seized from Rosemont I and Rosemont I Corporation et al. | TYPE OF PROCESS<br>Partial Judgment |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Metropolitan Financial Group Inc, via Attorney ~~Karl H Buch~~ THOMAS BUTLER

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Chadbourne & Parke LLP 30 Rockefeller Plaza, New York, NY 10112

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Teresa Zapata, Assistant United States Attorney
Chardón Tower, Suite 1201, 350 Carlos E. Chardón Street
San Juan, Puerto Rico 00918 - Telephone: 787-766-5656
Telecopier; 787-766-6219 Legal Aide M. Ruz - 787-282-1879

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Property E (09-DEA-514471) $ 3,017,483.33 in US Currency.. United States shall forfeit the amount $250,000.00 and shall return to claimant the amount of $2,767,483.33 plus interest accrued since the date of the seizure $ 3,017,483.33 seized. Property I ( 09-DEA-514468) in the amount of $6,772.933.86 in US Currency plus interest accrued since the date of the seizure on the total amount shall be returned to claimant.

Signature of Attorney other Originator requesting service on behalf of:   [X] PLAINTIFF   [ ] DEFENDANT   TELEPHONE NUMBER: 787-766-5656   DATE: 11/11/2010

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 69 | District to Serve No. 6954 | Signature of Authorized USMS Deputy or Clerk | Date: 11/17/2010 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)
MR W. Bellotti - Legal

[X] A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 11-30-10   Time: 12:15 pm

Signature of U.S. Marshal or Deputy: #9930

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:
04-DEA-433354

PRIOR EDITIONS MAY BE USED
PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

JDIS
AFO [X] IN [X]
CIV [ ] OUT [X]
Item: 75, 76

09-1549 -79/80