U.S. Department of Justice
United States Marshals Service

**RECEIVED
U.S. MARSHALS
FINANCE**

2010 DEC 10 PM 2: 54

## PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF United States of America | COURT CASE NUMBER 09-1549 (ADC) |
|---|---|
| DEFENDANT $750,000.00 Funds seized from Rosemont I, and Rosemont I Corporation et al, | TYPE OF PROCESS Final Order of Forfeiture/Settlement |

**SERVE AT** {
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Actimarket Financial Services Corp. via attorney Linda George
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Linda George Law Office  577 Summit Avenue  Hackensack, NJ 07601  201-487-5225

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Teresa Zapata, Assistant United States Attorney Chardón Tower, Suite 1201, 350 Carlos E. Chardón Street San Juan, Puerto Rico 00918 - Telephone:  787-766-5656 Telecopier; 787-766-5398  Legal Aide  M. Ruz - 787-282-1879 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                       Fold

please see attach final order:
09-DEA-514616    $2,115,757.25 - US shall forfeit $255,000.00 in US Currency, and amount of $1,860, 757.25 to be return
09-DEA-514508    $449,962.50
09-DEA-514613    $72,602.50

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 787-766-5656 | DATE 10/21/2010 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 69 | District to Serve No. 50 | Signature of Authorized USMS Deputy or Clerk | Date 10/22/2010 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* Mrs Beatrice Kerwin | Ass. To Linda George | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address *(complete only different than shown above)* | | Date 11/4/2010  Time 9:50  ☒ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy  1823 |

| Service Fee 55.00 | Total Mileage Charges including *endeavors* 18.70 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:
02-DEA-403635
Mrs. B. Kerwin: Asst. To Linda George

| PRIOR EDITIONS MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF THE COURT 2. USMS RECORD 3. NOTICE OF SERVICE 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. 5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285 Rev. 12/15/80 Automated 01/00 |
|---|---|---|---|

JDIS
AFO ☐  IN ☒
CIV ☐  OUT ☒
Item: 66