UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff

    v.

$750,000.00 FUNDS SEIZED FROM ROSEMONT I, AND ROSEMONT I CORPORATION et al.,

    Defendants.

CIVIL NO. 09-1549 (ADC-BJM)

## AMENDED PARTIAL JUDGMENT
## AS TO PROPERTY IDENTIFIED AS "P"

The Court hereby amends nunc pro tunc the Partial Judgment [Docket No. 243] entered on December 21, 2010, to correct the amount of Property P) to be released with interest accrued from the date of the seizure, to claimant, Megaval, through its attorney Jesús E. Cuza of Greenberg Traurig, P.A., 401 East Las Olas Boulevard, Fort Lauderdale, Florida 33301. The correct amount as to Property P) to be released is $95,642.50, with interest accrued from the date of seizure.

**IT SO ORDERED.**

San Juan, Puerto Rico, January 11, 2011.

AIDA M. DELGADO-COLON
UNITED STATES DISTRICT JUDGE