## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

            **v.**

**$750,000.00 FUNDS SEIZED FROM
ROSEMONT I AND ROSEMONT I
CORPORATION, et al.,**

    **Defendants.**

**Civil No. 09-1549 (ADC)**

### ORDER

Plaintiff, United States of America ("government" or "plaintiff"), filed this civil forfeiture action against thirty (30) defendant properties, all of which constitute various amounts of funds seized from certain bank accounts, which were seized by a Drug Enforcement Administration agent during the period of March 25, 2009 to April 2, 2009 . **ECF No. 2**.

Since the filing of the complaint, the government has entered into settlement agreements with various claimants resulting in final orders of forfeiture as to defendant properties B, C, E, F, I, J, K, M, Q, R, W, X, Z, AA, BB, DD. **ECF Nos. 184**, **185, 186, 190, 192, 225, 228**. The Court has also granted voluntary motions to dismiss as to defendant properties A, D, G, H, L, O, P, S, T, U, V, Y, CC. **ECF Nos. 116, 117, 196**, **197, 204, 209, 212, 215, 218, 242, 248.** A default decree of forfeiture was entered as to defendant property N. **ECF No. 180**. In the court's review, dispositions have been made as to each of the defendant properties. However, the court notes that defendant properties B, C, F, J, K, M, O, Q, R, T, W, X, Z, AA, BB, DD have not yet been terminated.

Civil No. 09-1549 (ADC)                                                                 Page 2

Accordingly, the government is **ORDERED** on or before **April 30, 2012**, to inform the Court as to the current status of the case and whether determinations need to be made on any of the defendant properties.

**SO ORDERED.**

At San Juan, Puerto Rico this 11th day of April, 2012

**S/AIDA M. DELGADO-COLON**
**Chief United States District Judge**